Scott Edward Cole, Esq. (S.B. #160744)
Laura Grace Van Note, Esq. (S.B. #310160)
**COLE & VAN NOTE**
555 12th Street, Suite 2100
Oakland, California 94607
Telephone: (510) 891-9800
Facsimile: (510) 891-7030
Email: sec@colevannote.com
Email: lvn@colevannote.com
Web: www.colevannote.com

Attorneys for Representative Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| JAMI ZUCCHERO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HEIRLOOM ROSES, INC.,<br><br>Defendant. | **Case No. 4:22-cv-00068-KAW**<br><br><u>**CLASS ACTION**</u><br><br>**PLAINTIFF'S AMENDED NOTICE OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>**Date:** October 2, 2023<br>**Time:** 1:30 pm<br>**Judge:** Hon. Kandis A. Westmore |

## AMENDED NOTICE OF MOTION

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on October 2, 2023 at 1:30 P.M., or as soon thereafter at the matter may be heard, before the Honorable Kandis A. Westmore, United States Magistrate Judge, Plaintiff Jami Zucchero ("Plaintiff") will and does hereby move this Court for an order preliminarily approving the proposed Settlement entered into by Plaintiff and Defendant Heirloom Roses, Inc. ("Heirloom") (collectively, the "Parties").

.

Dated:  August 25, 2023                   **COLE & VAN NOTE**

                              By:   */s/ Laura Van Note*
                                    Laura Van Note, Esq.
                                    Attorneys for Representative Plaintiff

## **CERTIFICATE OF SERVICE**

    I hereby certify that, on August 25, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify the foregoing document is being served today on all counsel of record in this case via transmission of Notice of Electronic Filing generated by CM/ECF and on counsel in the related cases to their respective emails per the below service list.

                                         */s/ Laura Van Note*
                                         Laura Van Note, Esq.