# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL LAW AND MOTION MINUTES

| **Date:** 11/16/2023 | **Time:** 1:32pm – 1:37pm | **Judge:** KANDIS A. WESTMORE |
|---|---|---|
| **Case No.:** 22-cv-00068-KAW | **Case Name:** Zucchero v. Heirloom Roses, Inc. | |

**For Plaintiff:**
Scott Cole

**For Defendant:**
Spencer Persson

**Deputy Clerk:** William F. Tabunut          **Recorded via Zoom:** 1:32pm – 1:37pm

## PROCEEDINGS

Motion for settlement for preliminary approval (Docket 56) held via Zoom. Discussion regarding class notice, correction to the class notice to be filed by Plaintiff's counsel by 11/20/2023. Matter argued and submitted as stated on the record. Court to issue written order.