## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

## CIVIL LAW AND MOTION MINUTES

| **Date:** 5/2/2024 | **Time:** 1:31pm – 2:01pm | **Judge:** KANDIS A. WESTMORE |
|---|---|---|
| **Case No.**: 22-cv-00068-KAW | **Case Name:** Zucchero v. Heirloom Roses, Inc. | |

**For Plaintiff:**
Scott Cole

**For Defendant:**
Spencer Persson

**Deputy Clerk:** William F. Tabunut        **Recorded via Zoom:** 1:31pm – 2:01pm

## PROCEEDINGS

Motion for Settlement for Final Approval of Class Action Settlement (Docket 77) held via Zoom. Court orders Plaintiff's Counsel to file a supplemental declaration from the claims administrator by 5/10/2024 in relation to the notice procedure as discussed between Counsel and Court as stated on the record. Additionally, the Court orders Plaintiff's Counsel to include in the supplemental declaration confirmation that the 21-day period for curing of any deficiencies have expired for all deficient claims. Plaintiff will also file a revised proposed order by 5/10/2024. Once all documents are received, matter to be considered under submission, Court to issue written order.