UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMI ZUCCHERO,<br><br>        Plaintiff,<br><br>v.<br><br>HEIRLOOM ROSES, INC.,<br><br>        Defendant. | Case No. 4:22-cv-00068-KAW<br><br>**JUDGMENT**<br><br>Re: Dkt. No. 85 |

On May 21, 2024, the Court granted final approval of the parties' class action settlement and awarded Plaintiff's attorney's fees, costs, and service award. (Dkt. No. 85.) Final judgment is therefore ordered on the terms set forth in the Final Approval Order.

The Clerk is directed to close this case.

IT IS SO ORDERED.

Dated: May 21, 2024

KANDIS A. WESTMORE
United States Magistrate Judge